**Benjamin KITCHENS, Plaintiff–Appellant,**

v.

**Buster KING, Thomas Tremble, Rick Jacobs et al., Defendants–Appellees.**

No. 06–16063

Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

June 6, 2007.

Ralph Goldberg, Decatur, GA, for Plaintiff–Appellant.

Ralph Williams Ellis, Attorney General's Office, State of Georgia, Atlanta, GA, for Defendants–Appellees.

Before TJOFLAT, HULL and FAY, Circuit Judges.

PER CURIAM:

The summary judgment entered in favor of the defendants is affirmed for the reasons set forth in the ORDER of the district court dated October 17, 2006.

**AFFIRMED.**